# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 19, 2025

Lyle W. Cayce
Clerk

No. 25-10270
Summary Calendar
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Geovanny Davila Cisneros,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-18-1

_____

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Geovanny Davila Cisneros seeks leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Davila Cisneros has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10270

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.